IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IMS HEALTH INCORPORATED | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 13-2071-GMS |
| SYMPHONY HEALTH SOLUTION CORPORATION, SOURCE HEALTHCARE ANALYTICS, LLC, AND IMPACTRX, INC. | : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF DEFENDANTS' FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF IMS HEALTH INCORPORATED

PLEASE TAKE NOTICE that on May 9, 2014, the undersigned caused a true and correct copy of **Defendants' First Set of Interrogatories and First Set of Requests for Production to Plaintiff IMS Health Incorporated** to be served on the following counsel of record, via hand delivery:

> Michelle Nerozzi-Ankenbrand
> Ruffin B. Cordell
> Lauren A. Degnan
> Scott A. Elengold
> Daniel A. Tishman
> FISH & RICHARDSON P.C.
> 222 Delaware Avenue, Suite 1700
> Wilmington, DE 19801

| | |
|---|---|
| Dated: May 9, 2014 | */s/ Beth Moskow-Schnoll* |
| | Beth Moskow-Schnoll (#2900) |
| OF COUNSEL: | Ballard Spahr LLP |
| | 919 North Market Street, 11th Floor |
| Brian W. LaCorte | Wilmington, DE 19801 |
| Kimberly A. Warshawsky | Telephone: (302) 252-4465 |
| Jonathon A. Talcott | Facsimile: (302) 252-4466 |
| BALLARD SPAHR LLP | e-mail: moskowschnollb@ballardspahr.com |
| 1 East Washington Street, Suite 2300 | |
| Phoenix, AZ 85004-2555 | *Attorneys for Defendants Symphony Health Solutions Corporation, Source Healthcare Analytics, LLC, and ImpactRx, Inc.* |
| Telephone: 602.798.5400 | |
| Facsimile: 602.798.5595 | |
| e-mail: lacorteb@ballardspahr.com | |
| warshawskyk@ballardspahr.com | |
| talcottj@ballardspahr.com | |